

ACCEPTED
15-24-00126-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/27/2025 12:20 PM
CHRISTOPHER A. PRINE
CLERK

KENNETH J. FAIR
fair@wrightclosebarger.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/27/2025 12:20:50 PM
CHRISTOPHER A. PRINE
Clerk

January 27, 2025

By E-Service

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:     Cause No. 15-24-00126-CV; *Still American, LLC et al. v. Baron Global Distributors LLC et al.*

Dear Mr. Prine:

This letter concerns the reporter's record in the above-styled case. We have ordered and paid for the reporter's record from Ms. Cunha, as evidenced by the attached (1) invoice from Ms. Cunha and (2) stub for a cashier's check in the amount of $4,557.59, which was delivered to the 284th District Court this morning.

As stated in my letter of January 16, there were several other reporters besides Ms. Cunha who transcribed the record in this case. We are now in contact with all of them and are paying their invoices as we receive them.

Please let us know if the Court requires anything further.

Sincerely,

Kenneth J. Fair

Cc:     Brad Snead (Firm)

# INVOICE

**Cunha and Associates, LLC**
301 N Main Street, Suite 201
Conroe, TX 77301

tara.cunha@mctx.org
+1 (830) 443-1063



**Bill to**
Mona Reynolds
Wright Close & Barger, LLP
One Riverway
Suite 2200
Houston, Texas 77056

**Ship to**
Mona Reynolds
Wright Close & Barger, LLP
One Riverway
Suite 2200
Houston, Texas 77056

**Invoice details**

Invoice no.: 1129
Terms: Due on receipt
Invoice date: 01/17/2025
Due date: 01/17/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **O&1 Estimate** | 22-10-14637 Appeal Still V Baron | 1 | $4,557.59 | $4,557.59 |

| | | |
|---|---|---|
| | **Total** | **$4,557.59** |

## Ways to pay

      

View and pay

**View invoice online**
Scan code or go to the link below to view the invoice online
View invoice





# CHASE

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The escheatment laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" after the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**

**CASHIER'S CHECK**

**Customer Copy**

9833630038

01/27/2025
Void after 1 year

$** 4,557.59 **

**Remitter:** MICHAEL VOGEL

**Pay To The Order Of:** CUNHA AND ASSOCIATES, LLC

Memo: Record No. 22-10-14637

Note: For information only. Comment has no effect on bank's payment.

**Drawer:** JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

---

282111107  6/2023  8810004306

**CASHIER'S CHECK**

# CHASE

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

9833630038  25-3 / 440

Date  01/27/2025  Void after 1 year

**Remitter:** MICHAEL VOGEL

**Pay To The Order Of:** CUNHA AND ASSOCIATES, LLC

**Pay:** FOUR THOUSAND FIVE HUNDRED FIFTY SEVEN DOLLARS AND 59 CENTS

$** 4,557.59 **

**Drawer:** JPMORGAN CHASE BANK, N.A.

Thomas W Horne, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Do not write outside this box

Memo: Record No. 22-10-14637

Note: For information only. Comment has no effect on bank's payment.

⑈9833630038⑈ ⑆044000037⑈ 7586613751⑈

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mona Reynolds on behalf of Kenneth Fair
Bar No. 24007171
reynolds@wrightclose.com
Envelope ID: 96629567
Filing Code Description: Letter
Filing Description: 250127 Letter to Prine re record payment
Status as of 1/27/2025 1:08 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bradley W.Snead | | snead@wrightclosebarger.com | 1/27/2025 12:20:50 PM | SENT |
| Kenneth J.Fair | | fair@wrightclosebarger.com | 1/27/2025 12:20:50 PM | SENT |
| D. ScottFunk | | sfunk@grayreed.com | 1/27/2025 12:20:50 PM | SENT |
| Justin GuyLipe | | jlipe@grayreed.com | 1/27/2025 12:20:50 PM | SENT |
| Michael B.Bennett | | mbennett@cmlaw.com | 1/27/2025 12:20:50 PM | ERROR |
| Charyl E.Diaz | | cdiaz@cmlaw.com | 1/27/2025 12:20:50 PM | ERROR |